BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA   93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
DEC 3 1 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　　　v.

MARTIN CALZADA,

　　　　Defendant.

CASE NO. 1:15 CR 00355 SKO

MOTION AND PROPOSED ORDER TO SEAL INDICTMENT

　　　The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 31, 2015, charging the above defendant with: 18 U.S.C. § 1349 - Conspiracy to Commit Mail Fraud; 18 U.S.C. § 1341 - Mail Fraud (8 Counts); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461-Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the findings of the Indictment or any

1 | warrant issued pursuant thereto, except when necessary for the
2 | issuance and execution of the warrants.
3 | DATED: December 31, 2015          Respectfully submitted,
4 |
5 |                                   BENJAMIN B. WAGNER
                                      United States Attorney
6 |                              By   /s/ Patrick R. Delahunty
                                      PATRICK R. DELAHUNTY
7 |                                   Assistant U.S. Attorney
8 |
9 |     IT IS SO ORDERED.
10 | Dated:  December 31, 2015         E.P. /s/
11 |                                   U.S. Magistrate Judge

Motion to Seal Indictment                     2