BENJAMIN B. WAGNER
United States Attorney
PATRICK R. DELAHUNTY
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED
JAN 11 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:15-CR-00355 LJO |
| Plaintiff, ) | MOTION AND ORDER [PROPOSED] TO UNSEAL INDICTMENT |
| v. ) | |
| MARTIN CALZADA ) | |
| Defendants, ) | |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through Benjamin B. Wagner, United States Attorney, Patrick R. Delahunty, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: January 11, 2016

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

BY: /s/ Patrick R. Delahunty
PATRICK R. DELAHUNTY
Assistant U.S. Attorney