IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN CALZADA,<br><br>    Defendant. | Case No.  1:15-CR-00355 LJO-SKO<br><br>**ORDER DENYING STIPULATED REQUEST TO CONTINUE TRIAL** |

The Court has reviewed the parties' stipulation to continue the trial currently scheduled to commence on **March 7, 2017.** The reason given for the continuance is the departure on December 23, 2016 of counsel for the United States of America from the U.S. Attorney's Office for the Eastern District of California, and the fact that replacement counsel, Assistant U.S. Attorney Christopher D. Baker, currently has trials scheduled in this court on April 4, 2017, and June 13, 2017. A month between trials does not constitute a conflict, and nothing else in the record warrants a continuance of the March 7, 2017 trial. The requested continuance is DENIED.

IT IS SO ORDERED.

   Dated:   **December 23, 2016**         /s/ Lawrence J. O'Neill
                                          UNITED STATES CHIEF DISTRICT JUDGE