UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. 1:15-cr-355-LJO-SKO-1 |
| Plaintiff, | **PRETRIAL ORDER** |
| vs. | |
| **MARTIN CALZADA,** | |
| Defendant. | |

### 1. Trial Date

Trial is set for **March 7, 2017 at 8:30 a.m.** in Department 4 (LJO) of this Court before United States District Judge Lawrence J. O'Neill.

### 2. Further In Limine and Pretrial Motions

The parties must contact the Court by emailing imunoz@caed.uscourts.gov to seek approval prior to filing further in limine or pretrial motions. Such email must identify the requested motion and need for this Court to resolve the issue.

### 3. Proposed Jury Voir Dire

The parties, no later than **February 27, 2017**, shall file and serve proposed jury voir dire examination questions.

### 4. Witness Lists

The parties, no later than **February 27, 2017**, shall file and serve their respective lists of all witnesses, including those which the parties may reasonably be expected to call as rebuttal witnesses. The parties shall make a good faith effort to include on their witness list only those witnesses they reasonably expect to call.

### 5. Proposed Jury Instructions and Verdict

The parties shall serve their proposed jury instructions and verdict on one another no later than **February 15, 2017**. The parties shall conduct a conference to address their proposed jury instructions and verdict no later than **February 21, 2017**. At the conference, the parties

SHALL attempt to reach agreement on jury instructions and a verdict for use at trial.  The parties shall file and serve all agreed-on jury instructions and verdict no later than **February 27, 2017**, and identify such as the agreed-on jury instructions and verdict.

If and only if, the parties after genuine, reasonable and good faith effort cannot agree upon certain specific jury instructions and verdict, the parties shall file and serve their respective proposed (disputed) jury instructions and verdict no later than **February 27, 2017**, and identify such as the disputed jury instructions and verdict.

All jury instructions and verdict shall indicate the party submitting the instruction or verdict  (i.e., joint, Government's or defendant's), the number of the proposed instruction in sequence, a brief title for the instruction describing the subject matter, the complete text of the instruction, and the legal authority supporting the instruction.

All proposed jury instructions and verdict described above (whether agreed or disputed) shall be e-mailed as a Word (preferable) or WordPerfect attachment to ljoorders@caed.uscourts.gov and lcoffman@caed.uscourts.gov no later than **February 27, 2017**.  Jury instructions will not be given unless they are so e-mailed to the Court.  The Court will not accept a mere list of numbers of form instructions from the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or other instruction forms.  The proposed jury instructions and verdict must be in the form and sequence which the party desires to be read or given to the jury.  All blanks and bracketed portions to form jury instructions must be completed or omitted as appropriate.

Ninth Circuit Model Jury Instructions SHALL be used where the subject of the instruction is covered by a model instruction.  Otherwise CALCRIM or CALJIC instructions SHALL be used where the subject of the instruction is covered by CALCRIM or CALJIC.  All instructions shall be short, concise, understandable, and neutral and accurate statements of the law.  Argumentative or formula instructions will not be given and must not be submitted.  The parties shall designate, by italics or underlining, any modification of instructions from statutory or case authority, or any pattern instruction, such as the Ninth Circuit Model Jury Instructions, CALCRIM, CALJIC or any other source of pattern instructions, and must specifically state the

modification made to the original form instruction and the legal authority supporting the modification.

No later than **February 27, 2017**, the parties may file and serve written objections to disputed jury instructions and verdict proposed by another party.  All objections shall be in writing, set forth specifically the objectionable matter in the proposed instruction or verdict, and include a citation to legal authority explaining the grounds for the objection and why the instruction or verdict is improper.  A concise argument concerning the instruction or verdict may be included.  Where applicable, the objecting party shall submit an alternative proposed instruction or verdict covering the subject or issue of law.

**6.     Trial Exhibits**

The parties shall premark their respective exhibits and submit an original and one copy of their premarked exhibits to the clerk's office no later than **March 3, 2017**. The parties also shall file and serve their respective exhibit lists no later than **March 3, 2017**.

**7.     Trial Briefs**

At their option, the parties may file and serve trial briefs no later than **February 27, 2017**.

Failure to comply with all provisions of this order may be grounds for imposition of sanctions on counsel or parties who disobey or cause noncompliance with this order.

IT IS SO ORDERED.

Dated:   **January 25, 2017**                    /s/ Lawrence J. O'Neill
                                        UNITED STATES CHIEF DISTRICT JUDGE