Marcus Gomez, Esq. (SBN89698)
Law Office of Marcus Gomez
12749 Norwalk Blvd., Suite 108
Norwalk, CA 90650

Telephone: (562) 474-1700
Facsimile: (562) 474-1703

Attorneys for Defendant
Martin Calzada

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00355 LJO SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| v. | Date: June 5, 2017 |
| MARTIN CALZADA, | Time: 8:30a.m. |
| | Court: Four |
| Defendant. | (Hon. Lawrence J. O'Neill) |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, hereby stipulate the continuance of the sentencing hearing in the above captioned matter, and request that the Court grant such continuance.

The continuance is requested by counsel for Defendant, as Attorney Marcus Gomez has recently retained a mitigation sentencing specialist to assist in the preparation for the sentencing hearing. Mr. Calzada has not yet been interviewed by the Probation Department, and additional time is needed for such interview and the preparation of a presentence investigation report The Presentence Report will not be available in time for the June 5, 2017 sentencing. In light of this need, and the need to for additional time to finalize such report following any objections from the parties, the parties ask the Court to continue the Sentencing hearing to July 24, 2017. The parties agree that there will be no additional continuances.

//

//

1

| | |
|---|---|
| DATED: April 7, 2017 | */s/ Marcus Gomez* <br> Attorney for Defendant <br> Martin Calzada |
| DATED: April 7, 2017 | */s/Christopher D. Baker* <br> Christopher D. Baker <br> Assistant United States Attorney |

ORDER

For the reasons set forth in the parties' stipulation, the request to continue the sentencing hearing currently set for June 5, 2017 to July 24, 2017 at 8:30 a.m. at 8:30 a.m. is hereby granted.

IT IS SO ORDERED.

Dated: **April 10, 2017**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE