Marcus Gomez, Esq. (SBN89698)
Law Office of Marcus Gomez
12749 Norwalk Blvd., Suite 108
Norwalk, CA 90650

Telephone: (562) 474-1700
Facsimile: (562) 474-1703

Attorneys for Defendant
Martin Calzada

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00355 LJO SKO |
|---|---|
| Plaintiff, | EX PARTE REQUEST AND ORDER FOR PERMISSION FOR LATE FILING OF DEFENDANT'S SENTENCING MEMORANDUM, INCLUDING, COMMENTS TO PSR |
| v. | |
| MARTIN CALZADA, | |
| Defendant. | Date: July 26, 2017<br>Time: 8:30a.m.<br>Court: Four<br>(Hon. Lawrence J. O'Neill) |

COMES NOW defendant Martin Calzada, through counsel, and hereby respectfully requests permission to file his sentencing memorandum, including, objections to PSR, one day late, on July 11, 2017

Defendant respectfully requests permission to file said motion late because further time was needed to gather the character reference letters from different persons and also conduct further factual investigation

Assistant United States Attorney Christopher Baker advised that he has no objections to this request.


DATED: July 11, 2017        */s/ Marcus Gomez*
                                          Attorney for Defendant
                                          Martin Calzada

## **ORDER**

In light of the apparent non-opposition of the government, Defendant's ex parte request for a late filing is GRANTED and Defendant may file on July 10, 2017.

IT IS SO ORDERED.

Dated: July 12, 2017          /s/ Lawrence J. O'Neill_____
                              THE HONORABLE LAWRENCE J. O' NEILL