1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Branch Chief, Fresno Office
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No. 1:15-cr-00355-LJO-SKO
                                         )
12            *Plaintiff,*               )   **APPLICATION AND ORDER FOR**
                                         )   **APPOINTMENT OF COUNSEL**
13   vs.                                 )
                                         )
14   MARTIN CALZADA,                     )
                                         )
15            *Defendant,*               )
                                         )
16   _____   )

17

18       Defendant, Martin Calzada, through the Federal Defender for the Eastern District of

19   California, hereby requests appointment of counsel.

20       Mr. Calzada had retained counsel and is now seeking appointed counsel under General

21   Order 595, which appoints counsel for all indigent defendants seeking assistance under the First

22   Step Act. He submits the attached Financial Affidavit as evidence of his inability to retain

23   counsel. Mr. Calzada was sentenced to 108-month term of imprisonment on July 24, 2017 and is

24   currently in custody.

25

26   ///

27   ///

28   ///

 After reviewing the attached Financial Affidavit, it is respectfully recommended that counsel be

promptly appointed pursuant to 18 U.S.C. § 3006A to represent Mr. Calzada on his

compassionate release proceedings related to this case.


DATED: April 9, 2021                           */s/ Eric V. Kersten*
                                               ERIC V. KERSTEN
                                               Assistant Federal Defender
                                               Branch Chief, Fresno Office


## **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the

Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.


IT IS SO ORDERED.

Dated:   **April 9, 2021**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

-2-